# PORTER | SCOTT
### ATTORNEYS

January 7, 2009

**VIA FACSIMILE & U.S. MAIL**

Judge Edward M. Chen
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

350 University Avenue
Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

www.porterscott.com

Re: **In the Matter of Wray**
**Northern District Court Case No. 08-4869 EMC**

Dear Judge Chen:

We write with respect to the Order Setting Initial Case Management Conference and ADR Deadlines, filed October 24, 2008 in the above-referenced matter. This Order set forth deadlines of today, January 7, 2008, to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification signed by parties and counsel and; file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

We are currently awaiting a ruling following the Ex Parte Application for an Order Directing the Issuance of Notice, which was heard on December 10, 2008. Therefore, we would like to request a continuance of the aforementioned deadlines as we are not yet aware of who the parties will be and therefore cannot currently meet these deadlines.

We thank you for your attention to the above. Should you have any questions or concerns, please do not hesitate to contact the undersigned.

Very truly yours,

PORTER SCOTT
A PROFESSIONAL CORPORATION

By _____
Jennifer E. Duggan

JED/amt

00643043.WPD

IT IS SO ORDERED that the case management conference is reset from 1/28/09 to 3/25/09 at 1:30 p.m. A joint case management conference statement shall be filed by 3/18/09. All other dates extended accordingly per Order setting initial CMC.

_____
Edward M. Chen, U.S. Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen