**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl J. Calnero, SBN 117590
Jennifer E. Duggan, SBN 183833
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Plaintiffs
REBECCA WRAY, RODNEY WRAY, CHRISTOPHER WRAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | Case No. 08-4869 MHP |
| COMPLAINT OF REBECCA WRAY, RODNEY WRAY, AND CHRISTOPHER WRAY FOR EXONERATION FROM, OR LIMITATION OF, LIABILITY, | SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER [LOCAL RULE 83-182(g)] |
| Plaintiffs, / | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs REBECCA WRAY, RODNEY WRAY, CHRISTOPHER WRAY hereby substitute Russell Brown of the law firm of Gordon & Rees, 101 W. Broadway #1600; San Diego, CA 92101; (619) 696-6700; (619) 696-7124 (facsimile); rbrown@gordonrees.com as his attorney of record in the above-entitled action instead of Carl J. Calnero of the law firm of Porter Scott. This substitution may be signed in facsimile counter parts in order to avoid delay.

I have read this substitution of attorney and consent to the foregoing substitution.

Dated: June 24, 2009        By /s/ Rebecca Wray
                                Rebecca Wray

---

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER [LOCAL RULE 83-182(g)]
Case Number 08-4869 MHP
1

00690182.WPD

| | | |
|---|---|---|
| 1 | Dated: June ___, 2009 | By _____<br>Rodney Wray |
| 2 | | |
| 3 | Dated: June ___, 2009 | By _____<br>Christopher Wray |
| 4 | | |
| 5 | We agree to the above substitution. | |
| 6 | | |
| 7 | Dated: June ___, 2009 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| 8 | | |
| 9 | | By /s/ Carl J. Calnero<br>Carl J. Calnero |
| 10 | We accept the above substitution. | |
| 11 | | |
| 12 | Dated: June 12, 2009 | GORDON & REES |
| 13 | | |
| 14 | | By _____<br>Russell Brown<br>Attorney for Plaintiffs |
| 15 | | |
| 16 | IT IS SO ORDERED. | |
| 17 | | |
| 18 | Dated:  7/7/2009 | _____<br>United S[...] |

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

---

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER
Case Number 08-4869 MHP
2

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00690182.WPD

| | | |
|---|---|---|
| 1 | Dated: June 24, 2009 | By _____ |
| 2 | | Rodney Wray |
| 3 | Dated: June 24, 2009 | By _____ |
| 4 | | Christopher Wray |

5    We agree to the above substitution.

6

7    Dated: June 30, 2009           PORTER SCOTT
                                    A PROFESSIONAL CORPORATION
8

9                                   By  /s/ Carl J. Calnero
                                        Carl J. Calnero
10   We accept the above substitution.

11

12   Dated: June ___, 2009          GORDON & REES

13

14                                  By _____
                                       Russell Brown
15                                     Attorney for Plaintiffs

16        IT IS SO ORDERED.

17

18   Dated:                         _____
                                    United States District Court Judge
19

20

00690182.WPD

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER [LOCAL RULE 83-182(g)]
Case Number 08-4869 MHP
2

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Gordon & Rees LLP, 101 W. Broadway, Suite 1600, San Diego, California 92101. On June 30, 2009, I served the within documents: **SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER [LOCAL RULE 832-182(g)]**.

☐ By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below.

☒ By electronic service. I caused all of the pages of the hereinabove entitled document(s) to be electronically served by e-mail on designated recipients.

Joseph J. Babich
Daniel R. Del Rio
Dreyer Babich Buccola Callaham & Wood, LLP
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599
Email: jbabich@dbbc.com
Email: ddelrio@dbbc.com
*Attorneys for Gregory P. Hullen; Grant Hullen (a minor); Trent Hullen (a minor); and Preston Hullen*

Jennifer E. Duggan
Carl J. Calnero
Porter/Scott APC
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 929-1481 ext. 307 (Jennifer)
Facsimile: (916) 927-3706
Email: jduggan@porterscott.com
Email: ccalnero@porterscott.com
*Attorneys for Plaintiffs Rebecca Wray, Rodney Wray, and Christopher Wray*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on June 30, 2009 at San Diego, California.

_____
Leslie Harris