```
 1  RUSSELL P. BROWN (SBN: 84505)
    JAN K. BUDDINGH, JR. (SBN: 113740)
 2  GORDON & REES LLP
    101 West Broadway
 3  Suite 1600
    San Diego, CA  92101
 4  Telephone:  (619) 696-6700
    Facsimile:  (619) 696-7124
 5
    Attorneys for Plaintiffs:  Rebecca Wray, Christopher Wray, and Rodney Wray
 6

 7

 8              UNITED STATES DISTRICT COURT

 9              NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| IN THE MATTER OF: | CASE NO.:   C 08-04869 MHP |
| COMPLAINT OF REBECCA WRAY, RODNEY WRAY, AND CHRISTOPHER WRAY FOR EXONERATION FROM ,OR LIMITATION OF, LIABILITY, | In Admiralty |
| | **STIPULATION FOR DISMISSAL OF ACTION IN ITS ENTIRETY AND ORDER THEREON** |
| Plaintiffs | Judge: Honorable Marilyn Hall Patel |
| | Courtroom: 15 |
| | Complaint Filed: October 24, 2008 |

**IT IS HEREBY STIPULATED** by and between Plaintiffs REBECCA WRAY, RODNEY WRAY, and CHRISTOPHER WRAY ("Plaintiffs") by and through their attorneys of record, Gordon & Rees, LLP, and Defendants GREGORY P. HULLEN, individually and as Guardian ad Litem of GRANT HULLEN, a minor, TRENT HULLEN, a minor, and PRESTON HULLEN ("Claimants") by and through their attorneys of record, Dreyer Babich Buccola Callaham & Wood , LLP, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) and (2), that this Court shall enter a dismissal of the entire action, with all parties to bear their own costs and legal fees.  The parties to this stipulation also agree to the May 18, 2009, injunction staying prosecution of any claim subject to this action being dissolved upon the court's execution of the order approving this stipulation.

The parties further agree that a facsimile copy of any counsel's signature or an electronic signature of any counsel on this joint motion shall be binding as an original for all purposes relating to this document.  This stipulation will also confirm that any counsel whose electronic

1  signature appears below has consented to the use of said signature.  All persons executing this
2  joint motion hereby acknowledge that they have full authority to do so on behalf of their
3  respective clients.
4      **IT IS SO STIPULATED:**
5
6  Dated: September 13, 2010    GORDON & REES, LLP
7
8      By:  s/ Russell P. Brown.
           Russell P. Brown
           Jan K. Buddingh, Jr.
9          Attorneys for Plaintiffs REBECCA WRAY,
           RODNEY WRAY, and CHRISTOPHER WRAY
10         E-mail: RBrown@gordonrees.com
           E-mail: JBuddingh@gordonrees.com
11
12 Dated: September 13, 2010    DREYER BABICH BUCCOLA CALLAHAM & WOOD, LLP
13
14     By:  s/ Joseph J. Babich
           Joseph J. Babich
15         Stanley Philip Fleshman
           Attorneys for Defendants GREGORY P.
16         HULLEN, individually and as Guardian ad Litem
           of GRANT HULLEN, a minor, TRENT
17         HULLEN, a minor, and PRESTON HULLEN
           E-mail: JBabich@dbbc.com
18         E-mail: SFleshman@dbbc.com
19
20
21     **ORDER**
22 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
23
24 Dated: __9/21__, 2010
25 Honorable M[arilyn H. Patel]
   JUDGE OF T[HE U.S. DISTRICT COURT]
26

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
United States District Court, Northern District of California

- 2 -

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Gordon & Rees LLP, 101 W. Broadway, Suite 2000, San Diego, California 92101. On September 17, 2010 I served the within documents: **STIPULATION FOR DISMISSAL OF ACTION IN ITS ENTIRETY AND [PROPOSED] ORDER THEREON**

- ☐ By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☐ By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☐ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below.

- ☒ By electronic service. I caused all of the pages of the hereinabove entitled document(s) to be electronically served by e-mail on designated recipients.

Joseph J. Babich
Stanley P. Fleshman
Dreyer Babich Buccola Wood, LLP
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599
Email: jbabich@dbbc.com
Email: sfleshman@dbbc.com
*Attorneys for Real Parties In Interest/Cross-Defendants:*
*Gregory P. Hullen; Grant Hullen; Jill Hullen; Preston Hullen; and Trent Hullen*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on September 17, 2010 at San Diego, California.

_____
Leslie Harris

- 1 -
PROOF OF SERVICE
USDC Northern CA Case #08-cv-04869-MHP